1  KEVIN T. BARNES, CA Bar No. 138477
   barnes@kbarnes.com
2  GREGG LANDER, CA Bar No. 194018
   lander@kbarnes.com
3  LAW OFFICES OF KEVIN T. BARNES
   1635 Pontius Ave., Second Floor
4  Los Angeles, CA  90025-3661
   Telephone:  323-549-9100
5  Facsimile:   323-549-0101

6  Attorneys for Plaintiff CECILIA RODRIGUEZ

7  PALOMA P. PERACCHIO, CA Bar No. 259034
   paloma.peracchio@ogletree.com
8  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   400 South Hope Street, Suite 1200
9  Los Angeles, CA  90071
   Telephone:  213-239-9800
10 Facsimile:   213-239-9045

11 MITCHELL A. WROSCH, CA Bar No. 262230
   mitchell.wrosch@ogletree.com
12 OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   Park Tower, Fifteenth Floor
13 695 Town Center Drive
   Costa Mesa, CA  92626
14 Telephone:  714-800-7900
   Facsimile:   714-754-1298
15
   Attorneys for Defendant
16 WAL-MART ASSOCIATES, INC.

17 **UNITED STATES DISTRICT COURT**

18 **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CECELIA RODRIGUEZ and BREANA STEWART, on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>WAL-MART ASSOCIATES, INC., a Delaware limited liability company; and DOES 1 to 100, inclusive,<br><br>　　　　　Defendants. | Case No. 2:20-cv-07045 AB(KKx)<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Complaint Filed: June 29, 2020<br>Trial Date:　　　June 6, 2023<br>District Judge:　 Hon. Andre Birotte Jr.<br>Magistrate Judge: Hon. Kenly Kiya Kato |

Pursuant to Local Rule 40-2, Plaintiff Cecilia Rodriguez and Defendant Wal-Mart Associates, Inc. hereby give notice that they have reached an agreement in principle to settle this matter. The parties jointly request that the Court vacate the remaining pre-trial and trial deadlines and permit the parties twenty-one days to negotiate and finalize formal settlement documentation and submit a stipulation of dismissal.

Dated: March 9, 2023

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */s/ Mitchell A. Wrosch*
Mitchel A. Wrosch
Paloma P. Peracchio
Attorneys for Defendant WAL-MART ASSOCIATES, INC.

Dated: March 9, 2023

LAW OFFICES OF KEVIN T. BARNES

By: */s/ Kevin T. Barnes*
Kevin T. Barnes, Esq.
Gregg Lander, Esq.
Attorneys for Plaintiffs
Cecelia Rodriguez and Breana Stewart, on behalf of themselves and all others similarly situated

## SIGNATURE ATTESTATION

I hereby attest that all other signatories listed, on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: March 9, 2023

By: */s/ Mitchell Wrosch*
Mitchell A. Wrosch

# PROOF OF SERVICE
*Cecelia Rodriguez, et al. v. Wal-Mart Associates, Inc., et al.*
Case No. 2:20-cv-07045 AB(KKx)

I am and was at all times herein mentioned over the age of 18 years and not a party to the action in which this service is made. At all times herein mentioned I have been employed in the County of Orange in the office of a member of the bar of this court at whose direction the service was made. My business address is 695 Town Center Drive, Suite 1500, Costa Mesa, CA 92626.

On March 10, 2023, I served the following document(s):

**JOINT NOTICE OF SETTLEMENT**

by placing ☐ (the original) ☒ (a true copy thereof) in a sealed envelope addressed as follows:

☐ **BY MAIL:** I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Ogletree, Deakins, Nash, Smoak & Stewart P.C.'s practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☐ **BY MAIL:** I deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid at Park Tower, Fifteenth Floor, 695 Town Center Drive, Costa Mesa, CA 92626.

☐ **BY OVERNIGHT DELIVERY:** I placed the sealed envelope(s) or package(s) designated by the express service carrier for collection and overnight delivery by following the ordinary business practices of Ogletree, Deakins, Nash, Smoak & Stewart P.C., Costa Mesa, California. I am readily familiar with Ogletree, Deakins, Nash, Smoak & Stewart P.C.'s practice for collecting and processing of correspondence for overnight delivery, said practice being that, in the ordinary course of business, correspondence for overnight delivery is deposited with delivery fees paid or provided for at the carrier's express service offices for next-day delivery.

☐ **BY MESSENGER SERVICE:** (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not less than 18 years of age between the hours of eight in the morning and six in the evening.

☐ **BY FACSIMILE:** by transmitting a facsimile transmission a copy of said document(s) to the following addressee(s) at the following number(s), in accordance with:

☐ the written confirmation of counsel in this action:
☐ [Federal Court] the written confirmation of counsel in this action and order of the court:

☒ **BY CM/ECF:** With the Clerk of the United States District Court of California, using the CM/ECF System. The Court's CM/ECF System will send an e-mail

2   Case No. 2:20-cv-07045 AB(KKx)
JOINT NOTICE OF SETTLEMENT

notification of the foregoing filing to the parties and counsel of record who are registered with the Court's CM/ECF System.

☒ **(Federal)** I declare that I am employed in the office of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

☐ **(Federal)** I declare that I am a **member** of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on March 10, 2023, at San Diego, California.

*/s/ Pamela Blanton*
Pamela Blanton

# SERVICE LIST

Kevin T. Barnes, Esq.  
Gregg Lander, Esq.  
LAW OFFICES OF KEVIN T. BARNES  
1635 Pontius Ave., Second Floor  
Los Angeles, CA  90025-3661  
Telephone:  323-549-9100  
Facsimile:   323-549-0101  
barnes@kbarnes.com  
lander@kbarnes.com  

Attorneys for Plaintiffs Cecelia Rodriguez and Breana Stewart, on behalf of themselves and all others similarly situated

Raphael A. Katri, Esq.  
LAW OFFICES OF RAPHAEL A. KATRI  
8549 Wilshire Blvd., Suite 200  
Beverly Hills, CA  90211-3104  
Telephone:  310-940-2034  
Facsimile:   310-733-5644  
rkatri@socallaborlawyers.com  

Attorneys for Plaintiffs Cecelia Rodriguez and Breana Stewart, on behalf of themselves and all others similarly situated